UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

TREMAYNE JAJUAN KELLY          CIVIL ACTION NO. 6:20-cv-00512

VERSUS                         JUDGE DRELL

RODI MARINE LLC et al          MAGISTRATE JUDGE WHITEHURST

## SETTLEMENT CONFERENCE ORDER

A settlement conference is set for **Friday, June 3, 2022 at 10:00 a.m.,** in the chambers of the undersigned in the United States Courthouse, Suite 3500, 800 Lafayette Street, Lafayette, Louisiana.

The following orders are entered to assist the court in an objective appraisal and evaluation of the lawsuit, and to ensure that the necessary parties are present for the conference.

**A.   PERSONS ATTENDING THE CONFERENCE**

The conference shall be attended by trial counsel accompanied by counsel's client or authorized representative. If a party is being defended by an insurance carrier and that carrier will be called upon to fund any settlement, a representative of that carrier must be present. Any authorized representative must **PERSONALLY** have full settlement authority, which is defined for the purpose of this order as authority up to the amount of the last offer made by the opposing party, unless prior approval of the Court is granted, in which case, the authorized representative

attending must have readily available by telephone or similar means of communication a person with full settlement authority during the entirety of the conference.

**B.     CONFIDENTIAL STATEMENTS**

Each party shall deliver to Judge Hanna a written Confidential Settlement Conference Statement by e-mail to hanna_orders@lawd.uscourts.gov no later than **seven days before the conference**. The statement shall not exceed four pages and shall contain the following:

(a)  The name and title, if applicable, of the client or authorized representative who will be attending the conference with trial counsel.

(b)  Liability: A brief statement of the liability issues present in the case, including a description of the strongest and weakest points of your case, both legal and factual.

(c)  Status of Settlement Negotiations: A brief statement of the settlement negotiations to date, including the last settlement proposal made by and to you and the date thereof. The parties must make a good faith exchange of offers prior to the conference. Include any "sticking points" preventing settlement.

(d)  Quantum: A brief statement of your position on quantum, including any injuries sustained, surgeries, current medical status, and any other relevant legal or factual issues.

C. **ATTACHMENTS**

Copies of the following documents may be attached to the Confidential Settlement Conference Statement if they exist and counsel deems them relevant:

(a) <u>Major</u> relevant medical reports concerning plaintiff's medical condition;

(b) Economic loss reports;

(c) Non-medical expert reports; or

(d) Any other documents which counsel believe may be of benefit to the Court in evaluating the case.

D. **CONFIDENTIALITY**

The contents of the statements and all communications made in connection with the settlement conference are confidential and will not be disclosed to anyone without the express permission of the communicating party or order of a court of competent jurisdiction. The statements and any other documents submitted for the settlement conference will be maintained in chambers and will be destroyed after the conference.

Signed at Lafayette, Louisiana on March 31, 2022.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE